| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Quality Oil Tools LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4-D CORROSION CONTROL SPECIALISTS, INC. P. O. BOX 9589 NEW IBERIA, LA 70562-9589 | Donna S. Duhon dduhon@4dccs.com 337-367-2494 | Trade | | | | $15,951.96 |
| AUTOMATION CONSULTANTS P.O. BOX 6641 LAKE CHARLES, LA 70606 | Ben Garber ben@gowebware.com 337-526-6434 | Trade | Disputed | | | $17,862.48 |
| CAMERON DISTRIBUTED VALVES PO BOX 731412 DALLAS, TX 75373 | Casey Meche/Jennifer Voges JVoges@cameron.slb.com 281-499-8511 | Trade | | | | $54,196.30 |
| DNV GL USA, INC. P.O. BOX 201896 HOUSTON, TX 77216-1896 | 281-396-1000 | Trade | | | | $12,869.74 |
| ELITE ENERGY SERVICES, LLC PO BOX 98 BOURG, LA 70343 | Jerod Deroche JEROD@ELITEENERGYSVC.COM 985-223-3005 | Trade | | | | $8,711.00 |
| ELITE MANUFACTURING & TOOL 8050 BRYAN RD ROANOKE, LA 70581 | John 337-734-5678 | Trade | | | | $12,331.72 |

Debtor    Quality Oil Tools LLC  
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IVY J. WOODS, SHERIFF & EX-OFFICIO TAX COLLECTOR PO BOX 863 JENNINGS, LA 70546 | 337-821-2120 | Taxes | | | | $76,967.17 |
| JP STEEL, LLC PO BOX 592 KATY, TX 77492-0592 | Steve Shoults/Jill Pearson jill.pearson@jpsteel.us 281-693-3095 | Trade | | | | $15,841.69 |
| M-I LLC dba MI-SWACO PO Box 200132 Dallas, TX 75320 | Holly C. Hamm hollyham@snowspencelaw.com 713-335-4800 | Agreed Judgment | | | | $63,072.88 |
| ODIN HEAVY INDUSTRIES LLC PO BOX 2925 BRYAN, TX 77805 | Andrew B. Totz atotz@tetlegal.com 713-275-3035 | Lawsuit | | | | $70,111.35 |
| OWENSBY AND KRITIKOS, INC P.O. BOX 1217 GRETNA, LA 70054-1217 | Mark Senette 504-368-3122 | Trade | | | | $54,206.00 |
| PETRODYNAMIX LLC 15905 MORALES RD BUILDING L STE 300 HOUSTON, TX 77032 | Kurt Mehra kmehra@petrodynamix.com 281-591-4750 | Trade | | | | $19,046.87 |
| REGATE TECHNOLOGY 11816 COUNTRY ROAD 302 PLANTERSVILLE, TX 77363 | Brett Bratcher terry@regate-technology.com 936-894-9555 | Trade | | | | $189,064.00 |
| SCOTVALVE SERVICES LTD TOFTHILLS AVENUE, MIDMILL BUSINESS PARK KINTORE, ABD AB51 0QP GB | Paul D. Whalley paul.whalley@scotvalves.co.uk 44 0 1467 631 400 | Trade | | | | $29,286.00 |
| TECH-SEAL INTERNATIONAL P.O. BOX 91282 HOUSTON, TX 77291-1282 | Randy McCorquodale randym@tech-seal.net 713-691-0668 | Trade | | | | $80,402.91 |

Debtor  Quality Oil Tools LLC                                                              Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TRCW, LLC  503 AVE H  ROSENBERG, TX 77471 | David L. Stockel  dstockel@boyarmiller.com  713-850-7766 | Lawsuit | Disputed | | | $701,075.32 |
| VILLE PLATTE IRON WORKS, INC.  256 HOLLOWAY BLVD  VILLE PLATTE, LA 70586 | Nick Manuel/Felicia Manuel  felicia@vpiw.com  337-363-1616 | Trade | | | | $15,969.10 |
| WHITLEY PENN  1400 WEST 7TH STREET SUITE 400  FORT WORTH, TX 76102 | Joshua Agren  joshua.agren@whitleypenn.com  917-259-9270 | Accounting Services | | | | $59,980.00 |
| WHITLIEJO SPECIALTY CO.  P.O. BOX 82448  LAFAYETTE, LA 70598 | Jennifer M. Ardoin  jardoin@bpasfirm.com  337-984-2502 | Lawsuit | Disputed | | | $313,257.03 |
| WOLAR INDUSTRIAL, INC  1313 LOMBARDY  HOUSTON, TX 77023 | Jim Lantham  jiml@wolar.com  713-926-2440 | Trade | | | | $16,273.19 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Quality Oil Tools LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 18, 2017           X _[signature]_
                                      Signature of individual signing on behalf of debtor

                                      John Bradley Mitchell
                                      Printed name

                                      General Manager and CEO
                                      Position or relationship to debtor