# United States Bankruptcy Court
## Southern District of Texas

In re: Quality Oil Tools LLC  
Debtor(s)

Case No. 17-33807  
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| QOT Holding Company LLC<br>2245 Texas Drive, Suite 300<br>Sugar Land, TX 77479 | Membership Interests | | 100% Owner |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the General Manager and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: July 3 2017

Signature: *[signed]* John Bradley Mitchell

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.