UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: | § | CASE NO. 17-33807–H1-11 |
| Quality Oil Tools, LLC | § |  |
| QOT Holding Company LLC | § | CHAPTER 11 |
|  | § | Jointly Administered |
| DEBTOR IN POSSESSION | § |  |

NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST"), through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1. TRCW, LLC; Attn: Fran Sterling
   1881 Treble Dr, Humble, TX 77338
   Telephone: 281-239-2555
   Email: fran.sterling@trcw.com
   Attorney: David Stockel, Boyer Miller; dstockel@boyarmiller.com

2. Cameron International Corp.; Attn: Matthew Richard
   1325 S Dairy Ashford, Houston, TX 77077
   Telephone: 281-285-1923
   Email: mrichard@slb.com
   Attorney: Holly C. Hamm, Snow Spence Green LLP; hollyhamm@snowspencelaw.com

3. Whitliejo Specialty Co., LLC; Attn: Jorge Diaz
   1311 Smede Hwy, Broussard, LA 70518
   Telephone: 337-359-8588
   Email: Jorge@whitliejospecialties.com
   Attorney: Jennifer M Ardoin; jardoin@bpasfirm.com

4. Odin Heavy Industries, LLC; Attn: Robert Sheets
   P.O. Box 2925, Bryan, TX 77805
   Telephone: 713-430-6031
   Email: rsheets@odinhi.com

5. M-I LLC d/b/a MI-SWACO; Attn: Matthew Richard
   1325 S Dairy Ashford, Houston, TX 77077
   Telephone: 281-285-1923
   Email: mrichard@slb.com
   Attorney: Holly C. Hamm, Snow Spence Green LLP; hollyhamm@snowspencelaw.com

> Respectfully submitted,
>
> JUDY A. ROBBINS
> UNITED STATES TRUSTEE
>
> By:   /s/ Christine A. March
> Christine A. March
> Texas Bar No. 12968020
> 515 Rusk, Suite 3516
> Houston, TX 77002
> Telephone: (713) 718-4650 Ext. 239
> Facsimile: (713) 718-4670
> Christine.a.march@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u>, was served by ECF Transmission or by United States Mail, first class, postage paid, to those persons listed below at the addresses listed below on this the 18 of July, 2017.

> /s/ *Christine A. March*
> Attorney for the United States Trustee

DEBTOR:
**Quality Oil Tools LLC**
2245 Texas Avenue, Suite 300
Sugar Land, TX 77479

DEBTOR'S COUNSEL:
Aaron J. Power
Porter Hedges LLP
Email:  apower@porterhedges.com

CREDITORS and COMMITTEE MEMBERS:

Cameron International Corp.; Attn:  Matthew Richard
Email:  mrichard@slb.com
Attorney: Holly C. Hamm, Snow Spence Green LLP; hollyhamm@snowspencelaw.com

M-I LLC d/b/a MI-SWACO; Attn:  Matthew Richard
Email:  mrichard@slb.com
Attorney: Holly C. Hamm, Snow Spence Green LLP; hollyhamm@snowspencelaw.com

Odin Heavy Industries, LLC; Attn:  Robert Sheets
Email:  rsheets@odinhi.com

TRCW, LLC; Attn:  Fran Sterling
Email:  fran.sterling@trcw.com
Attorney:  David Stockel, Boyer Miller; dstockel@boyarmiller.com

Whitliejo Specialty Co., LLC; Attn:  Jorge Diaz
Email:  Jorge@whitliejospecialties.com
Attorney:  Jennifer M Ardoin;   jardoin@bpasfirm.com