IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| QUALITY OIL TOOLS LLC, *et al*. | § | Case No. 17-33807 |
| | § | |
| Debtors. | § | (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as proposed counsel for the Official Committee of Unsecured Creditors (the "Committee"), pursuant to Rules 2002, 3017, 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases be transmitted to:

> Carl Doré, Jr.
> *E-mail: carl@dorelawgroup.net*
> Zachary S. McKay
> *E-mail: zmckay@dorelawgroup.net*
> **DORÉ LAW GROUP, P.C.**
> 17171 Park Row, Suite 160
> Houston, Texas 77084
> Tel: (281) 829-1555
> Fax: (281) 200-0751

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code (the "Bankruptcy Code"), but also includes without limitation the schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before

this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the clerk, court or judge in connection with and with regard to these cases and any proceeding related thereto as well as the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in a proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions and/or defenses, in law, in equity, or otherwise, all of which such rights, claims, actions and/or defenses, are expressly preserved and reserved.

Dated: July 24, 2017

        Respectfully submitted,

        **DORÉ LAW GROUP, P.C.**

        By:    */s/ Zachary S. McKay*
                Carl Doré, Jr.
                State Bar No. 06000600
                Zachary S. McKay
                State Bar No. 24073600
                17171 Park Row, Suite 160
                Houston, Texas 77084
                (281) 829-1555
                (281) 200-0751 Fax
                Email: carl@dorelawgroup.net
                Email: zmckay@dorelawgroup.net

        *Proposed Counsel for the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2017, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

                                        */s/ Zachary S. McKay*
                                        Zachary S. McKay